UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SIMRANJEET SINGH, | Case No. 5:26-cv-01997-RGK-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| JAIME RIOS, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

Dated: 5/29/2026

R. GARY KLAUNER
U.S. District Judge